No. 671, Misc. WATERMAN v. SECRETARY OF THE AIR FORCE ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 672, Misc. BUZZIE v. CALIFORNIA. District Court of Appeal of California, Fourth Appellate District. Certiorari denied.

No. 676, Misc. HAMILTON v. BAKER, CIRCUIT COURT JUDGE. Circuit Court of Dearborn County, Indiana. Certiorari denied.

No. 677, Misc. CHARIZIO v. CUMMINGS, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 679, Misc. ZAKOWICKI v. CONBOY, SUPERINTENDENT, GREAT MEADOWS CORRECTIONAL INSTITUTION. Court of Appeals of New York. Certiorari denied.

No. 681, Misc. SULLIVAN v. HEINZE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 684, Misc. HUDSON v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 685, Misc. DORIS v. MISSOURI. Supreme Court of Missouri. Certiorari denied.

No. 686, Misc. OWENS v. CUMMINGS, WARDEN. C. A. 2d Cir. Certiorari denied.